FILED
COURT OF APPEALS DIV I
STATE OF WASHINGTON

2019 JUN 17 AM 10: 43

IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | | |
|---|---|---|
| In the Matter of the Detention of<br>S.R. | ) | No. 78862-1-I |
| | ) | |
| STATE OF WASHINGTON, | ) | |
| | ) | |
| Respondent, | ) | UNPUBLISHED OPINION |
| v. | ) | |
| | ) | |
| S.R., | ) | |
| | ) | |
| Appellant. | ) | FILED: JUN 17 2019 |

PER CURIAM — S.R. appeals her involuntary civil commitment, arguing in her sole assignment of error that "[t]he court erred in denying the motion to dismiss the involuntary commitment case." The State concedes that "S.R.'s assignment of error is well taken" and that the case should be "remanded for entry of a further order [.]" We accept the State's concession and reverse and remand for entry of an order vacating the order of commitment.

Reversed and remanded.

FOR THE COURT:



Andrus, J.

Dwyer, J.

Schindler, J.